UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARBARA ZINNAMON for
DWIGHT DAVIDSON, JR.,

JUDGMENT
09-CV- 2042 (ARR)

                Plaintiff,

-against-

AMERICAN MAIL ORDER,

                Defendant.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2009 ★
BROOKLYN OFFICE

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 22, 2009, dismissing the complaint with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Opinion and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Opinion and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       July 29, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court